**No. 10M10. Gary William Hallford, Petitioner v. California Correctional Peace Officers Association.**

562 U.S. 819, 131 S. Ct. 374, 178 L. Ed. 2d 11, 2010 U.S. LEXIS 6465.

October 4, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 356 Fed. Appx. 981.

**No. 10M11. Prakash Narayan, Petitioner v. City of Sacramento, California, et al.**

562 U.S. 819, 131 S. Ct. 374, 178 L. Ed. 2d 11, 2010 U.S. LEXIS 6550.

October 4, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M12. Jack Vigliotti, Petitioner v. T. Daly, et al.**

562 U.S. 819, 131 S. Ct. 374, 178 L. Ed. 2d 11, 2010 U.S. LEXIS 6420.

October 4, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M13. Barry Stephan Townsend, Petitioner v. E. L. Sparkman, Superintendent, Mississippi Correctional Facility.**

562 U.S. 819, 131 S. Ct. 374, 178 L. Ed. 2d 11, 2010 U.S. LEXIS 6586.

October 4, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M14. Roderick Duane Lewis, Petitioner v. Jeri Ann Sherry, Warden.**

562 U.S. 819, 131 S. Ct. 375, 178 L. Ed. 2d 11, 2010 U.S. LEXIS 6716.

October 4, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 369 Fed. Appx. 662.

**No. 10M15. Marilyn McCoy Norwood, Petitioner v. Arkansas State Hospital.**

562 U.S. 819, 131 S. Ct. 375, 178 L. Ed. 2d 11, 2010 U.S. LEXIS 6367.

October 4, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.